NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 6 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
calsloan065@yahoo.com ) Case No. '14 MJ 4051
)
Yahoo! Custodian of Records )
701 First Ave )
Sunnyvale, California 94089 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Northern** District of **California**
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    1/19/14
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
**MITCHELL D. DEMBIN**
*(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until further order of this Court, as the Court finds appropriate reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued: 1/5/14 9:15am                  _____
                                                      *Judge's signature*

City and state: San Diego, CA                         Hon. Mitchell D. Dembin
                                                      *Printed name and title*

**MITCHELL D. DEMBIN**
**U.S. MAGISTRATE JUDGE**

## Return

| | | |
|---|---|---|
| Case No.: NCIS-13JAN11-MWPE000946m | Date and time warrant executed: 05 Dec 14 1530 | Copy of warrant and inventory left with: Calvin Sloan |

Inventory made in the presence of: Nothing was provided by Yahoo!, Inc

Inventory of the property taken and name of any person(s) seized:

No property/information was provided by Yahoo!, Inc. to date. Yahoo! Inc has not responded to Case Agent's inquires.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5 Jan 15

*Executing Officer's Signature*

Reheatto L. Daniels Special Agent
*Printed name and title*